BLACK, Circuit Judge,
concurring:
Although I agree with the result, I would have limited the inquiry in this case to whether Rachel Boim’s story and the circumstances surrounding it would cause school officials to reasonably anticipate a substantial disruption of or material interference “with the work of the school or impinge upon the rights of other students.” Tinker v. Des Moines Ind. Comm. Sch. Dist., 393 U.S. 503, 509, 89 S.Ct. 733, 738, 21 L.Ed.2d 731 (1969); see also Wisniewski v. Bd. of Educ. of Weedsport Cent. Sch. Dist., 494 F.3d 34, 38-39, No. 06-3394, 2007 WL 1932264, at *4 (2d Cir. July 5, 2007) (holding the Tinker standard applied to a student who transmitted a computer icon depicting a student shooting a named teacher). Applying the Tinker standard, I concur.